

## Court Of Appeals
## Fourth Court of Appeals District of Texas
### San Antonio

★ ★ ★       ★ ★ ★

# MEMORANDUM OPINION

No. 04-10-00214-CV

**IN RE Mike HARMS and Cassandra HARMS**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Karen Angelini, Justice
             Sandee Bryan Marion, Justice
             Rebecca Simmons, Justice

Delivered and Filed: April 7, 2010

PETITION FOR WRIT OF MANDAMUS DENIED

On March 15, 2010, relators filed a petition for writ of mandamus and an emergency motion for temporary relief. The court has considered relators' petition for writ of mandamus and the response of real party in interest. The court is of the opinion that relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The stay imposed by this court's order of March 16, 2010 is lifted.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 09-01-00014-CVK, styled *Mike Harms and Cassandra Harms v. Regency Field Services, LLC, Successor by Merger to Regency FS, LP*, in the 218th Judicial District Court, Karnes County, Texas, the Honorable Stella Saxon presiding.